# JUDICIAL CONFERENCE OF THE UNITED STATES
## COMMITTEE ON FINANCIAL DISCLOSURE

Judge Ortrie D. Smith, Chair

| | | |
|---|---|---|
| Judge Bobby R. Baldock | Judge Joseph H. McKinley, Jr. | One Columbus Circle, N.E. |
| Judge Stanley F. Birch, Jr. | Judge Norman K. Moon | Washington, D.C. 20544 |
| Judge John W. Darrah | Judge Donald C. Pogue | Telephone: (202) 502-1850 |
| Judge Eldon E. Fallon | Judge Linda R. Reade | Facsimile: (202) 502-1899 |
| Judge Jeremy D. Fogel | Judge Robert D. Sack | |
| Judge Joseph M. Hood | Judge William E. Smith | |
| Judge Gary R. Jones | Judge William T. Thurman | |
| Judge Yvette Kane | | |

July 24, 2006



Honorable Eduardo C. Robreno
United States District Court
7614 James A. Byrne
  United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

8/03/06.

Re: Calendar Year 2005 Filing

Dear Judge Robreno:

    Thank you for your report dated May 17, 2006, which you forwarded in response to the statutory requirement to file an annual financial disclosure report under the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111). The Committee appreciates the time and effort required to comply with this requirement. However, we are unable to close your 2005 report because additional information required by section 102 of the Act is still needed.

    In Part VII, page 1, line 1, you listed "Vanguard Group Mutual Fund." The filing instructions on pages 38, 40, and 55 require that you disclose the specific name of a mutual fund. The name you have provided identifies a company that offers a large number of funds. Please disclose the name of the particular fund in which you have invested.

    In responding to this letter, please note the security issues discussed in the front of the filing instructions. You may respond by letter providing the required information or by submitting an amended report, whichever is more convenient. Your response to this letter is considered an amendment to your 2005 report and is releasable to members of the public.

    Please provide our Committee with three copies of your response within thirty days. If you should have any questions about this letter, please telephone the office of the Committee on Financial Disclosure at (202) 502-1850. Thank you for your cooperation.



Sincerely,

Ortrie D. Smith
Chair

# United States District Court

## Eastern District of Pennsylvania

EDUARDO C. ROBRENO
JUDGE

11614 UNITED STATES COURT HOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106
(215) 597-4073

May 23, 2006

*Via Federal Express*

SELF INITIATED AMENDMENT

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

Re: <u>Amendment to 2005 Financial Disclosure Report</u>

Dear Sir or Madam:

I would like to amend Section IV (Reimbursements) of the 2005 Financial Disclosure Report as follows:

2.  Kids Hope United

    Speech to Board of Directors at St. Louis Missouri (estimated cost of transportation, lodging, and food $500.00).



Very truly yours

EDUARDO C. ROBRENO

ECR/to

RECEIVED May 24 10 24 AM '06 FINANCIAL DISCLOSURE OFFICE

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robreno, Eduardo C. | District Court – E.D.PA | 5/17/06 |

| 4. Title    (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a.    Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ___ Nomination, Date _____ <br> ___ Initial   X  Annual  ___ Final | |
| | 5b. ___ Amended Report | 01/01/2005–12/31/2005 |

| 7. Chambers or Office Address <br> 11614 U.S. Courthouse <br> 601 Market Street <br> Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

|  | NONE (No reportable non-investment income.) | | |
|---|---|---|---|
| 1 | 1/1/05–12/31/05 | Rutgers University (Teaching) | $ 7,500 |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

|  | NONE (No reportable non-investment income.) | |
|---|---|---|
| 1 | 1/1/05–12/31/05 | Associacion de Puertoriquenos En Marcha (Therapist) |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Robreno, Eduardo C. | 5/17/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | [ ] **NONE** (No such reportable reimbursements.) | |
| 1 | George Mason University Law & Economics Center | Attendance at seminar on the Origins of the American Republic at Key West, Fla. (estimated cast of transportation, lodging and food is $2,500.00 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | [x] **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | [ ] **NONE** (No reportable liabilities.) | | |
| 1 | Jefferson Bank | Unsecured line of credit | J |
| 2 | William D. Ford Direct Loan | Student Loan | M |
| 3 | Key Educational Resources | Student Loan | K |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Robreno. Eduardo C. | 5/17/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Vanguard Group Mutual Fund | D | B | J | T | | | – | – | |
| 2 TIAA-CREF Retirement | B | B | K | T | | | – | – | |
| 3 Wachovia* | A | Int. | J | T | | | – | – | |
| 4 Wachovia | A | Int. | J | T | | | – | – | |
| 5 Wachovia | A | Int. | J | T | | | – | – | |
| 6 Wachovia | A | Int. | J | T | | | – | – | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robreno, Eduardo C. | 5/17/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Sign _____  Date  5/17/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544